IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR172 |
| | ) | |
| v. | ) | |
| | ) | |
| LEOBARDO ANGUIANO-MENDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion
for continuance of trial (Filing No. 19).  The Court finds said
motion should be granted.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled
for:

**Monday, October 27, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.  To give the parties time to
pursue plea negotiations and because of the schedule of the
Court, the ends of justice will be served by continuing this case
and outweigh the interests of the public and the defendant in a
speedy trial.  The additional time between August 28, 2008, and
October 27, 2008, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court